UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20339-CR-GAYLES

UNITED STATES OF AMERICA,

vs.

MATTHEW PISONI,
MARCUS PRADEL, and
VICTOR RAMIREZ,

    *Defendants.*
_____/

DEFENDANTS' UNOPPOSED JOINT
MOTION FOR CONTINUANCE OF SENTENCING

Defendants Matthew Pisoni, Marcus Pradel, and Victor Ramirez, through undersigned counsel, hereby move this Court to enlarge the time to file post-trial motions, and state as follows:

1.  On July 26, 2017, the jury returned a guilty verdict on Count One of the Indictment for all Defendants. [DE 346].

2.  On July 28, 2017, this Court issued a Notice setting sentencing in this matter for October 13, 2017 at 9:30 a.m. [DE 347].

3.  On September 26, 2017, this Court issued an Order granting Defendants' Motion foe Extension of Time – until September 27, 2017 – to file their Supplemental Memorandum in Support of their Motions for New Trial and for Judgment of Acquittal. [DE 403].

4.  On September 21, 2017, Defendant Pisoni's 19-year-old son Mason unexpectedly and tragically passed away. Since then, Mr. Pisoni has been attending to his family and the burial of his son and unable to participate in his legal defense or confer on the post-trial motions.

5.  In addition, counsel for Defendant Pisoni just received the draft Presentence Investigation Report from the United States Probation Office today – September 28, 2017. Under

Rule 32(e)(2) of the Federal Rules of Criminal Procedure, counsel for Defendant Pisoni is entitled to receive a copy of the Report at least 35 days before sentencing.

6. In light of the circumstances, Undersigned counsel has conferred with the government and the government has agreed to a continuance with the following proposed deadlines for post-trial pleadings:

- **October 23, 2017**: Defendants' Supplemental Memorandum Supplemental Memorandum in Support of their Motions for New Trial and for Judgment of Acquittal due.

- **October 23, 2017**: Defendants' Objections to the Presentence Investigation Reports due.

- **November 1, 2017**: Government responses to Defendants' Supplemental Memorandum and Defendants' Objections to the Presentence Investigation Reports due.

7. As for sentencing, the government has agreed to a continuance until the week of **November 13, 2017**. Counsel for Defendants have several individual conflicts that week, including November 13, 16, and 17. Given the circumstances, Defendants request a few additional weeks to prepare for sentencing and ask that the sentencing hearing be continued until sometime after **November 27, 2017**.

Dated: September 29, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey E. Marcus<br>Jeffrey E. Marcus<br>Fla Bar No. 310890<br><br>/s/ Daniel L. Rashbaum<br>Daniel Lawrence Rashbaum<br>Fla. Bar No. 75084<br><br>**MARCUS NEIMAN & RASHBAUM LLP**<br>2 South Biscayne Boulevard, Suite 1750<br>Miami, Florida 33131<br>Telephone: (305) 400-4260<br><br>*Counsel for Matthew Pisoni* | /s/ Marc S. Nurik<br>Marc S. Nurik<br>Fla. Bar No. 272817<br>809 North Dixie Highway, Suite 208<br>West Palm Beach, Florida 33401<br>Telephone: (561) 273-3000<br><br>*Counsel for Marcus Pradel*<br><br>/s/ Marshall Dore Louis<br>Marshall Dore Louis<br>Fla. Bar No. 512680<br>**SINCLAIR, LOUIS, ZAVERTNIK, P.A.**<br>40 Northwest 3rd Street, Suite 200<br>Miami, Florida 33128<br>Telephone: (305) 374-0544<br><br>/s/ Anna Laniado<br>Anna Laniado<br>Fla. Bar No. 60362<br>**LANIADO LAW, P.L.**<br>40 Northwest 3rd Street, Suite 200<br>Miami, Florida 33128<br>Telephone: (786) 401-7263<br><br>*Counsel for Victor Ramirez* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

By:   /s/ Jeffrey E. Marcus
      Jeffrey E. Marcus